# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | **Case No. 2:18-cr-00193-JDL** |
| **LISA LAMBERT** ) | |
| **ABOUBACAR CONGO** ) | |
| **SALIM OUEDRAOGO** ) | |
| **ROBERT FICKETT** ) | |

## PROTECTIVE ORDER

This matter comes before the Court upon the government's Unopposed Motion for a Protective Order (ECF No. 81). The government has requested that the Court issue a protective order regarding the handling of the following:

(1) Reports, affidavits or other materials relating to a suspected overdose of a third party;

(2) Forensic downloads of cellular phones, and/or stored text message communications, of alleged co-conspirators, that may be produced in discovery; and,

(3) Any Jencks Act materials the government may produce in this matter in advance of trial.

In its motion, the government has provided a further description of the above-referenced materials, and represented that the further dissemination of these materials, absent a protective order, may pose risks to confidential sources, or the potential for harassment or the disclosure of personal information.

The government has further represented that it will segregate these materials from other discovery materials by providing it on separate media and will imbed a header on any documents that are covered by the order.

1

2

Lastly, the government has represented that the defendants, by and through their attorneys, do not oppose the government's motion.

The government's motion is hereby GRANTED.  It is hereby Ordered that (1) any attorney of record, and any assistants, agents or investigators thereof shall not copy, disseminate or otherwise disclose these materials; and (2), the materials shall at all times remain in the custody of counsel, or an assistant, agent, investigator or interpreter (if applicable) working under the supervision of counsel, and that such materials shall not be provided to, or left with, the defendants.  This motion is not intended to preclude counsel from reviewing the materials with their clients.

Date:   January 2, 2019.

/s/ Jon D. Levy
Jon D. Levy
Chief U.S. District Judge